UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**10-20994-CIV-MORENO**

DANIEL K. GARCIA,

      Movant,

vs.

KENNY ATKINSON, WARDEN,

      Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE TO THE NORTHERN DISTRICT OF FLORIDA

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant Garcia's Petition for Writ of *Habeas Corpus* **(D.E. No. 1)**, filed on **March 29, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 7)** on **April 7, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present and is fully advised in the premises. The Court notes that Garcia's Objections to the Report and Recommendation **(D.E. No. 9)**, filed on **April 21, 2010**, relate only to the merits of the underlying petition filed pursuant to 28 U.S.C. § 2241 and not to the Magistrate Judge's recommendation that this case be transferred to the Northern District of Florida. Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 7)** on **April 7, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it

is

**ADJUDGED** that:

(1)     that case is TRANSFERRED to the United States District Court for the Northern

District of Florida. The Clerk of Court shall take all steps necessary to complete the transfer

of this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of April, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record